IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00282-FDW

| | |
|---|---|
| DEAN ALAN MASON, | |
| Plaintiff, | |
| v. | ORDER |
| ANDREW M. SAUL, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff's Motion for Judgment on the Pleadings, (Doc. No. 14), and Defendant's Motion for Remand to the Commissioner. (Doc. No. 16).

For good cause shown, the Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and REMANDS the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is respectfully directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: March 23, 2021

Frank D. Whitney
United States District Judge